

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 18-MJ-0889 |
| Michael Angel Morales | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _5/3/2018_____, _____, at _2:30____ ☐ a.m. / ☒ p.m. before the Honorable _Jean Rosenbluth_____, in Courtroom _690, 6th Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _May 2, 2018_

_____
U.S. ~~District Judge~~/Magistrate Judge